**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | | |
|---|---|---|
| ANTHONY ULYESSES HAYES, JR., | ) | NO. CV 11-6490 JSL (FMO) |
| Plaintiff, | ) | |
| v. | ) | **ORDER TO SHOW CAUSE** |
| MICHAEL J. ASTRUE,<br>COMMISSIONER OF SOCIAL<br>SECURITY ADMINISTRATION, | )<br>)<br>) | |
| Defendant. | ) | |

By order dated August 17, 2011, plaintiff was directed to serve promptly the summons and complaint on defendant and file two copies of the proof of service with the court within thirty (30) days of the August 15, 2011, filing date of plaintiff's complaint.  It appears from the record that plaintiff has failed to complete service as ordered or file the proof of service.

Accordingly, IT IS HEREBY ORDERED THAT, on or before **January 23, 2012,** plaintiff shall show cause why this action should not be dismissed for plaintiff's failure to complete service of the summons and complaint as required by Rule 4(m), Federal Rules of Civil Procedure. **Plaintiff shall attempt to show such cause in writing by filing a declaration signed under penalty of perjury.[1] Failure to file the declaration by the deadline set forth above or to show**

---

[1] Pursuant to Rule 78 of the Federal Rules of Civil Procedure and Local Rule 7-15, oral argument on this Order to Show Cause will not be heard unless ordered by the court.  Upon the filing of a Response, the Order to Show Cause will stand submitted.

1   **cause as ordered may result in dismissal of this action for failure to prosecute.  Filing of**

2   **the proof of service shall be a satisfactory response to the Order to Show Cause.**

3        **IT IS SO ORDERED.**

4   Dated this 6th day of January, 2012.

5

6                             /s/
                                 Fernando M. Olguin

7                                United States Magistrate Judge

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28