# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANTHONY ULYESSES HAYES, JR., | NO. CV 11-6490 JSL (FMO) |
| Plaintiff, | |
| v. | **JUDGMENT** |
| MICHAEL J. ASTRUE, COMMISSIONER OF SOCIAL SECURITY ADMINISTRATION, | |
| Defendant. | |

IT IS ADJUDGED that the above-captioned action is dismissed without prejudice.

DATED: 2/27, 2012.

/s/ Spencer Letts
J. SPENCER LETTS
SENIOR UNITED STATES DISTRICT JUDGE